CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

FEB 2 3 2011

James N. Hatten, Clerk
By: _____ Deputy Clerk

__Joshua Paul Ellison__
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

3 11-CV-031

-vs-

__Ofc. Andrew Pike__

_____

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

  A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)   No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): ~~N/A~~ Joshua Ellison

      Defendant(s): ~~N/A~~ Cpt. Marty Reeves

   2. Court (name the district): ~~N/A~~ Northern District

   3. Docket Number: ~~N/A~~ 3:10-CV-00123-WBH

Rev. 12/5/07

I.  Previous Lawsuits (Cont'd)

   4. Name of judge to whom case was assigned: __N/A__

   5. Did the previous case involve the same facts?

      Yes ( )   No ( )

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __N/A__

   7. Approximate date of filing lawsuit: __N/A__

   8. Approximate date of disposition: __N/A__

II. **Exhaustion of Administrative Remedies**
    Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A. Place of Present Confinement: __Troup County Jail__

   B. Is there a prisoner grievance procedure in this institution?

      Yes (✓)   No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes (✓)   No ( )

   D. If your answer is YES:
      1. What steps did you take and what were the results?
         __I filed a grievance on the issue + never heard back. I did this 2 times__

      2. If your answer is NO, explain why not: __N/A__

**III.** **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Joshua Paul Ellison

Address(es): 130 Sam Walker Dr. Lagrange, GA

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Ofc. Andrew Pike

Employed as Officer/Jailer (has since resigned)

at Troup County Sheriff's Dept./Jail

**IV.** **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 16th, 2010, I was in Cell 814 at Troup County Jail, in a one man cell with an inmate who had been transferred back from prison to handle an appeal, known to me as Tony Gray. He flooded the cell & got aggressive with the officers when they cut the water off. He then tied his blanket around him, put on both of his jumpsuits over it, folded his mattress in half & tied a sheet around it & used it as a shield. He then placed a bar of soap in 2 socks, which is a weapon & mixed shampoo & water together & upon arrival of the officers, he threatened

Rev. 12/5/07

IV.   **Statement of Claim (Cont'd)**

to pour the mixture on the floor so that if they come in there they will slip & fall & he was going to beat them with these "soap socks." I was standing at the back of the cell with my blanket wrapped around me because I was cold. I told the officers I had nothing to do with this inmates actions. Ofc. Andrew Pike then stated "We don't want you, we want Ellison." So I think they are removing me from the cell to deal with him, where if pepper spray is involved it wouldn't affect me. Ofc. Pike tells me to come to the front of the cell & put my hands behind my back & I comply, as if this was not good enough for him he tells me to get on my knees in this flooded cell, so I tell him "Sir there's water on the floor, I don't want to get wet" & he says "We're gonna tell you one more time to get on your knees" & as I was about to repeat what I said the first time, next thing I know I'm being thrown to the ground in this cold, wet water & Ofc. Andrew Pike then places the tazer to my back & tazes me in this wet flooded cell & I experienced excruciating pain & I screamed & it burned two holes in my back in which left scars. I then was taken up to booking & placed in the restraint chair. I complained of chest pains & I have documentation of that as well.
END OF STATEMENT

V.  **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the fact that I am obviously a victim of police brutality & this act was unprovoked because I was not causing any problem, for the pain & suffering, both physically & mentally I would like a total of $30,000, for the scars on my back which is a disfiguration of my body, I would also like another $50,000. END OF STATEMENT.

V.     Relief (Cont'd)

~~_____~~

Singed this __1__ day of __September__, 20__10__.

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Troup, LaGrange__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __9/1/10__
                 (Date)

_____
Signature of Plaintiff

Rev. 12/5/07